

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00397-CR

**WILLIAM DAVID WAGNER,**

                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                        **Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 14-04379-CRF-361

## O R D E R

The reporter's record in this appeal was originally due on December 7, 2015. After an abatement hearing, the reporter's record was filed on March 8, 2016. However, the reporter who prepared the reporter's record for this appeal failed to file a duplicate of the reporter's record with the trial court clerk as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 34.6(h). By order dated March 31, 2016, the Court ordered

the reporter to file a duplicate of the reporter's record in this case with the Brazos County District Clerk's Office within 7 days of the date of the order.

On April 6, 2016, appellant's motion for extension of time to file his brief was filed with this Court. Appellant asserts that, although he does not know if the reporter filed the duplicate record with the district clerk as ordered, the reporter mailed appellant a copy of the reporter's record which appellant received on April 5, 2016.[1] Appellant's brief is due April 15, 2016, and appellant asserts he cannot review the record and prepare his brief by that date. Appellant requests an extension of time to file his brief until June 13, 2016.

Appellant's motion is GRANTED. Appellant's brief is due June 13, 2016.


PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed May 5, 2016



---

[1] On April 20, 2016, the Clerk of this Court was able to confirm that a copy of the reporter's record had finally been filed with the trial court clerk.